UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| SUSAN DEEN,<br>Plaintiff,<br>v.<br>UNITED STATES OF AMERICA; DOES 1 through 25,<br>Defendants. | Case No.: 2:25-cv-03362-MEMF-AJRx<br>**FINAL JUDGMENT [JS-6]** |

The Court, having considered the papers and all other matters presented and accepted by the Court, GRANTED Defendant United States of America's Motion for Summary Judgment based on its finding that there were no triable issues of material fact as to the cause of action alleged by Plaintiff Susan Deen ("Plaintiff") against Defendant, as outlined in the Court's Order.

IT IS HEREBY ORDERED, ADJUDGED, AND DECREED that:

1. Defendant's Motion for Summary Judgment (Dkt. No. 31) is GRANTED.
2. Plaintiff shall take nothing on its Complaint against Defendant.
3. Judgment is hereby entered in favor of Defendant and against Plaintiff.

This is a final judgment.

Dated: July 31, 2026

ANNE HWANG

United States District Judge